# Timesheet

Printed on: 08/11/2011

Aug 9 to Aug 15, 2010

Name: Kadden, Adina R.

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 4.80 | 4.70 | 3.70 | 1.30 | 0.20 | | | 14.70 | N |
| | Administrative Activities | Hourly Rate-regular | Time Keeping | | | | | 0.30 | | | 0.30 | N |
| | Marketing | Hourly Rate-regular | Research/ emails | 3.20 | 2.40 | 2.00 | 1.90 | | | | 9.50 | N |
| | Sick | Sick Hourly Rate | Out | | | 2.30 | | | | | 2.30 | N |
| | Vacation | Vacation Hourly Rate | Out | | | | | 4.50 | | | 4.50 | N |
| | Consulting (225) | Hourly Rate-regular | Graphic write nga/edits/proofing | | | | 4.80 | 2.80 | | | 7.60 | D |
| Edwards Angell Palmer & Dodge LLP-92A2.092 SPI Pharmaceuticals Sedliff Turner & Holland, P.C.-8150.038 Van Kirk v. CSXT | Consulting (225) | Hourly Rate-regular | Graphics/edits/proofin g: | | 0.90 | | | 0.20 | | | 1.10 | D |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | Totals | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____



**KEY:**

- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00287

# Timesheet

Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Aug 16 to Aug 22, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Administrative Activities | Hourly Rate-regular | General |  |  |  |  | 6.40 |  |  | 6.40 | N |
|  | Marketing | Hourly Rate-regular | Research |  |  |  |  | 1.00 |  |  | 1.00 | N |
|  | Sick | Sick Hourly Rate |  |  |  |  | 8.00 |  |  |  | 8.00 | N |
|  | Vacation | Vacation Hourly Rate |  | 8.00 | 8.00 | 8.00 |  |  |  |  | 24.00 | N |
| Edwards Angell Palmer & Dodge LLP-9243.092 SPI Pharmaceuticals | Consulting (225) | Hourly Rate-regular | Editing/Proofing |  |  |  |  | 0.60 |  |  | 0.60 | D |
| **Totals** |  |  |  | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |  |

Signature _____

**KEY:**

| | CONSULTING ACTIVITIES (Creative Professional Exemption) |
|---|---|
| | ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption) |
| | Can be categorized as EITHER Consulting OR Administrative Activities |

# Timesheet

Printed on: 08/11/2011

**Name: Kedden, Adina R.**

Aug 23 to Aug 29, 2010

| Customer-Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 5.00 | 3.50 | 3.40 | 2.30 | | | | 14.20 | N |
| | Marketing | Hourly Rate-regular | Research | 1.50 | | 0.70 | | | | | 2.20 | N |
| | Sick | Sick Hourly Rate | | | | | 5.70 | 8.00 | | | 13.70 | N |
| Edwards Angell Palmer & Dodge LLP-9242.092 SPI Pharmaceuticals | Consulting (225) | Hourly Rate-regular | Editing/Proofing | 1.40 | 4.20 | 3.90 | | | | | 9.50 | D |
| Setliff Turner & Holland, P.C.-8150.038 Van Kirk v. CSXT | Consulting (225) | Hourly Rate-regular | Editing/Proofing | 0.10 | 0.30 | | | | | | 0.40 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature

**KEY:**
- [pink] CONSULTING ACTIVITIES (Creative Professional Exemption)
- [blue] ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)
- [pink/blue] Can be categorized as EITHER Consulting OR Administrative Activities

CONFIDENTIAL

VIS 00289

# Timesheet

Printed on: 08/11/2011

Aug 30 to Sep 5, 2010

Name: Kadden, Adina R.

| Customer/Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 0.50 | | 0.50 | 4.90 | 4.80 | | | 10.70 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | 0.40 | | 0.10 | 0.20 | | | 0.70 | N |
| Edwards Angell Palmer & Dodge LLP-9242.092 SPI Pharmaceuticals | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 1.20 | | | 0.80 | | | 2.00 | D |
| Edwards Angell Palmer & Dodge LLP-9242.092 SPI Pharmaceuticals | Consulting OT (337.50) | Hourly Rate-regular | | | | | | 1.20 | | | 1.20 | D |
| Sedliff Turner & Holland, P.C.8150.038 Van Kirk v. CSXT | Consulting (225) | Hourly Rate-regular | Graphic - travel calendar | | | 7.50 | 2.30 | | | | 9.80 | D |
| Sedliff Turner & Holland, P.C.8150.038 Van Kirk v. CSXT | Consulting (225) | Hourly Rate-regular | Graphic - travel calendar | 7.50 | 4.90 | | | | | | 12.40 | D |
| Sedliff Turner & Holland, P.C.8150.038 Van Kirk v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 1.50 | | | | | | 1.50 | D |
| Sedliff Turner & Holland, P.C.8150.038 Van Kirk v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/editing/new graphic | | | | 0.70 | 2.20 | | | 2.90 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 9.20 | 0.00 | 0.00 | 41.20 | |

Signature _____

KEY:
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00290

# Timesheet
Printed on: 08/11/2011

Name: Kadden, Adina R.

Sep 6 to Sep 12, 2010

| Customer-Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | Awaiting meeting w/ LR/BF re Mirror Worlds | | 3.50 | | | 3.70 | | | 7.20 | N |
| | Administrative Activities | Hourly Rate-regular | General | | 6.00 | 1.80 | 2.10 | | | | 9.90 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | | | | 0.50 | | | 0.50 | N |
| | Holiday | Holiday | Labor day | 8.00 | | | | | | | 8.00 | N |
| Boehl Stopher & Graves:9229.059 Ferayomi v. Conair | Administrative Activities | Hourly Rate-regular | Research re bail chaing( coin regs (non-bill) | | | | 5.50 | 0.40 | | | 5.90 | N |
| Edwards Angell Palmer & Dodge LLP:9242.092 SPI Pharmaceuticals | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.50 | 0.50 | | | | | 1.00 | D |
| Edwards Angell Palmer & Dodge LLP:9242.092 SPI Pharmaceuticals | Project Management (200) | Hourly Rate-regular | PPT review | | 0.10 | | | | | | 0.10 | D |
| Sediff Turner & Holland, P.C.:8150.038 Van Kirk v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.20 | | | 0.50 | | | 0.70 | D |
| Sediff Turner & Holland, P.C.:8150.038 Van Kirk v. CSXT | Training | Hourly Rate-regular | Transcript review | | 1.10 | | | | | | 1.10 | N |
| Stroock & Stroock & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Consulting (225) | Hourly Rate-regular | LR/BF meeting | | 0.50 | | | | | | 0.50 | D |
| Stroock & Stroock & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.40 | 5.80 | 0.40 | 3.90 | | | 10.50 | D |
| | | | **Totals** | 8.00 | 12.50 | 9.20 | 8.00 | 12.70 | 7.00 | 0.00 | 57.40 | |

Page 1

Signature

KEY:
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adna R.

Sep 6 to Sep 12, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Consulting OT (537.50) | Hourly Rate-regular | PPT review/emails OT | | 0.20 | 0.50 | | | | | 0.70 | D |
| Stroock & Stroock & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Consulting OT (537.50) | Hourly Rate-regular | Proofing/editing OT | | | 0.50 | | 3.70 | 7.00 | | 11.20 | D |
| Stroock & Stroock & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Project Management (200) | Hourly Rate-regular | PPT review | | | 0.10 | | | | | 0.10 | D |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Totals | | | | 8.00 | 12.50 | 9.20 | 8.00 | 12.70 | 7.00 | 0.00 | 57.40 | |

Signature _____

Page 2

**KEY:**
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00292

# Timesheet

Printed on: 08/11/2011

Sep 13 to Sep 19, 2010

Name: Kedden, Adina R.

| Customer/Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Administrative Activities | Hourly Rate=regular | General | 2.40 | 5.00 | 7.10 | 1.60 | 4.80 |  |  | 20.90 | N |
|  | Administrative Activities | Hourly Rate=regular | Timekeeping |  | 0.60 |  |  | 0.70 |  |  | 1.30 | N |
| Boehl Stopher & Graves=9229.039 | Administrative Activities | Hourly Rate=regular | ball chain/ osha regs research |  |  | 0.70 |  |  |  |  | 0.70 | N |
| Ferycemi v. Connir Graves=9229.039 | Consulting (225) | Hourly Rate=regular | Proofing/editing | 0.20 | 1.70 | 0.70 |  | 0.80 |  |  | 3.40 | D |
| Boehl Stopher & Graves=9229.039 | Project Management (200) | Hourly Rate=regular | PPT review |  | 0.30 |  |  |  |  |  | 0.30 | D |
| Ferycemi v. Connir Foley Hoag LLP:1031.006 | Consulting (225) | Hourly Rate=regular | Proofing/editing | 0.40 |  |  |  |  |  |  | 0.40 | D |
| Presenius v Roxane Laboratories | Consulting (225) | Hourly Rate=regular | Proofing/editing | 5.00 | 0.40 | 0.50 | 7.40 | 1.50 |  |  | 14.80 | D |
| Strook & Strook & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Consulting OT (337.50) | Hourly Rate=regular | Proofing/editing OT | 3.90 |  | 8.30 |  |  |  |  | 11.60 | D |
| Strook & Strook & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Consulting OT (337.50) | Hourly Rate=regular | proofing/editing |  |  |  |  | 1.50 |  |  | 1.50 | D |
| Strook & Strook & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Project Management (200) | Hourly Rate=regular | Ppt review |  |  |  |  | 0.20 |  |  | 0.20 | D |
| **Totals** |  |  |  | 11.50 | 8.00 | 17.30 | 9.00 | 9.50 | 0.00 | 0.00 | 55.10 |  |

Signature _____

**KEY:**
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00293

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Sep 20 to Sep 28, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 7.40 | 7.00 | 5.20 | 4.60 | 2.80 | | | 27.00 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | | | | 0.40 | | | 0.40 | N |
| Boehl Stopher & Graves:9229.039 | Consulting (225) | Hourly Rate-regular | Proofing/editing | 0.60 | | | | | | | 0.60 | D |
| Ferayoni v. Comair | | | | | | | | | | | | |
| Edwards Angell Palmer & Dodge LLP:9242.092 SPI Pharmaceuticals | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.10 | | | | | | 0.10 | D |
| Stroock & Stroock & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.90 | 2.80 | 3.40 | 4.80 | | | 11.90 | D |
| Stroock & Stroock & Lavan, LLP:1010.005 Mirror Worlds, LLC v. Apple, Inc | Consulting OT (337.50) | Hourly Rate-regular | Proofing/editing OT | 7.70 | 2.50 | 3.30 | 3.00 | 13.50 | 9.00 | 12.80 | 51.80 | D |
| | | | Totals | 15.70 | 10.50 | 11.30 | 11.00 | 21.50 | 9.00 | 12.80 | 91.80 | |

Signature _____

KEY:
■ CONSULTING ACTIVITIES (Creative Professional Exemption)
■ ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)
■ Can be categorized as EITHER Consulting OR Administrative Activities

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Sep 27 to Oct 3, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Boehl Stopher & Graves:9229.039 | Administrative Activities | Hourly Rate-regular | Comp time | | | | | 8.00 | | | 8.00 | N |
| Ferpanl v. Comair | Administrative Activities | Hourly Rate-regular | General | 8.00 | 8.00 | 8.00 | 8.00 | | | | 32.00 | N |
| Stroock & Stroock & Lavan, LLP:1010.005 | Administrative Activities | Hourly Rate-regular | Timekeeping | 0.40 | | | | | | | 0.40 | N |
| Mirror Worlds, LLC v. Apple, Inc | Consulting (225) | Hourly Rate-regular | Proofing/editing | | | | 0.40 | | | | 0.40 | D |
| | Consulting OT ($37.50) | Hourly Rate-regular | Revisions | 9.50 | 1.50 | 0.70 | 8.20 | | | | 19.90 | D |
| | | | **Totals** | 17.90 | 9.50 | 8.70 | 16.60 | 8.00 | 0.00 | 0.00 | 60.70 | |

Signature _____

KEY:

- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00295

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Oct 4 to Oct 10, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | Comp time | 8.00 | | | | | | | 8.00 | N |
| | Administrative Activities | Hourly Rate-regular | General | | 4.40 | 5.20 | 6.00 | 6.80 | | | 22.40 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | 0.60 | | 0.20 | | | | 0.80 | N |
| Boeal Stopher & Graves:9229.039 Fenyomi v. Comair | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.90 | 2.60 | 1.10 | | | | 4.60 | D |
| Boeal Stopher & Graves:9229.039 Fenyomi v. Comair | Project Management (200) | Hourly Rate-regular | PPT review | | | | 0.30 | | | | 0.30 | D |
| Donald Kane:1092.003 Richards Manufacturing v. Thoms | Consulting (225) | Hourly Rate-regular | Proofing/editing | | | 0.20 | | 0.90 | | | 1.10 | D |
| King and Spalding:1054.007 Baxter v. Minrad | Administrative Activities | Hourly Rate-regular | Background reading (non-billable) | | 2.00 | | | | | | 2.00 | N |
| King and Spalding:1054.007 Baxter v. Minrad | Consulting (225) | Hourly Rate-regular | Proofing/editing | | | | 0.20 | 0.30 | | | 0.50 | D |
| Sediff Turner & Holland, P.C.:8150.039 Lask v. CSX | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.10 | | 0.20 | | | | 0.30 | D |
| | | | Totals | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

KEY:

**CONSULTING ACTIVITIES** (Creative Professional Exemption)

**ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)

Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00296

# Timesheet
Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Oct 11 to Oct 17, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 5.10 | 7.00 | 5.10 | 5.10 | 5.90 | | | 28.20 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | | 0.40 | | | | | 0.40 | N |
| | Vacation | Vacation Hourly Rate | Left work early (wedding) | 1.00 | | | | | | | 1.00 | N |
| Donald Kanei 1032.003 Richards Manufacturing v. Thomas | Consulting (225) | Hourly Rate-regular | Proofing/editing | 1.90 | 1.50 | 1.40 | 2.20 | 1.40 | | | 8.40 | D |
| Donald Kanei 1032.003 Richards Manufacturing v. Thomas | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.40 | | | | | | 0.40 | D |
| King and Spalding 1054.007 Baxter v. Minrad | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.60 | 1.10 | 0.60 | 0.50 | | | 2.80 | D |
| King and Spalding 1054.007 Baxter v. Minrad | Consulting OT (337.50) | Hourly Rate-regular | Proofing/editing OT | | | 0.40 | | | | | 0.40 | D |
| King and Spalding 1054.007 Baxter v. Minrad | Project Management (200) | Hourly Rate-regular | PPT review | | | | 0.10 | 0.20 | | | 0.30 | D |
| **Totals** | | | | 8.00 | 9.50 | 8.40 | 8.00 | 8.00 | 0.00 | 0.00 | 41.90 | |

Signature _____

**KEY:**

CONSULTING ACTIVITIES (Creative Professional Exemption)

ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)

Can be categorized as EITHER Consulting OR Administrative Activities

VIS 00297

# Timesheet

Printed on: 08/11/2011

Name: Kedden, Adina R.

Oct 18 to Oct 24, 2010

| Customer-Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 6.50 | 5.10 | 6.00 | 5.20 | 2.60 | | | 25.40 | N |
| | Administrative Activities | Hourly Rate-regular | Organizing emails | | | | | 2.20 | | | 2.20 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | 0.30 | | 0.30 | | | | | 0.60 | N |
| Donald Kane:1032.003 Richards Manufacturing v. Thomas | Marketing | Hourly Rate-regular | Research/emails | | | 0.80 | 2.50 | 3.20 | | | 6.60 | N |
| | Consulting (225) | Hourly Rate-regular | Proofing/editing | 1.50 | | 0.60 | 0.20 | | | | 2.30 | D |
| King and Spalding:1054.007 Baxter v. Misrad | Consulting (225) | Hourly Rate-regular | Proofing/editing | 0.20 | 2.50 | 0.30 | | | | | 3.00 | D |
| King and Spalding:1054.007 Baxter v. Misrad | Consulting OT (337.50) | Hourly Rate-regular | Proofing/editing OT | | 4.00 | | | | | | 4.00 | D |
| King and Spalding:1054.007 Baxter v. Misrad | Project Management (200) | Hourly Rate-regular | PPT review | | 0.40 | | | | | | 0.40 | D |
| Totals | | | | 8.50 | 12.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 44.50 | |

Signature _____

**KEY:** CONSULTING ACTIVITIES (Creative Professional Exemption)

ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)

Can be categorized as EITHER Consulting OR Administrative Activities

CONFIDENTIAL

VIS 00298

# Timesheet

Printed on: 08/11/2011

Oct 25 to Oct 31, 2010

Name: Kadden, Adina R.

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 5.00 | 4.30 | 4.00 | 5.30 | 6.10 | | | 24.70 | N |
| | Administrative Activities | Hourly Rate-regular | TimeKeeping | | | | 0.30 | | | | 0.30 | N |
| Donald Knec:1032.003 Richards Manufacturing v. Thomas | Marketing (225) | Hourly Rate-regular | Research/emails | 3.00 | 2.10 | 3.30 | 1.00 | | | | 9.40 | N |
| | Consulting (225) | Hourly Rate-regular | | | | | 0.50 | | | | 0.50 | D |
| King and Spalding:1054.007 Baxter v. Mirred | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 1.60 | 0.50 | 0.70 | 1.40 | | | 4.20 | D |
| King and Spalding:1054.007 Baxter v. Mirred | Consulting (225) | Hourly Rate-regular | Proofing/editing on Markman slides | | | | | 0.50 | | | 0.50 | D |
| King and Spalding:1054.007 Baxter v. Mirred | Consulting OT (337.50) | Hourly Rate-regular | Proofing/editing OT | | 0.50 | | | 0.50 | | | 1.00 | D |
| King and Spalding:1054.007 Baxter v. Mirred | Project Management (200) | Hourly Rate-regular | PPT review | | | 0.20 | 0.20 | | | | 0.40 | D |
| Totals | | | | 8.00 | 8.50 | 8.00 | 8.00 | 8.50 | 0.00 | 0.00 | 41.00 | |

Signature _____

KEY:

**CONSULTING ACTIVITIES** (Creative Professional Exemption)

**ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)

Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00299

# Timesheet
Printed on: 08/11/2011

Name: Kadden, Adina R.

Nov 1 to Nov 7, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 3.40 | 4.50 | 4.60 | 4.40 | 4.50 | | | 21.40 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | 0.20 | | | | | | | 0.20 | N |
| Donald Kane:1032.003 Richards Manufacturing v. Thomas | Marketing | Hourly Rate-regular | research | | 2.10 | 1.80 | 2.50 | | | | 3.90 | N |
| Donald Kane:1032.003 Richards Manufacturing v. Thomas | Consulting (225) | Hourly Rate-regular | Proofing/editing | 0.40 | 1.40 | 1.40 | 2.50 | | | | 5.70 | N |
| Donald Kane:1032.003 Richards Manufacturing v. Thomas | Consulting OT (537.50) | Hourly Rate-regular | Proofing/editing OT | | | | 0.10 | | | | 0.10 | D |
| Donald Kane:1032.003 Richards Manufacturing v. Thomas | Project Management (200) | Hourly Rate-regular | PPT review | | | 0.20 | 0.10 | | | | 0.30 | D |
| Donald Kane:1032.007 Sobieski Desdemia | Consulting (225) | Hourly Rate-regular | New graphics/proofing/editing | | | | 1.00 | 3.50 | | | 4.50 | D |
| Donald Kane:1032.007 Sobieski Desdemia | Consulting OT (537.50) | Hourly Rate-regular | Revision/new graphics OT | | | | 4.90 | 4.20 | 10.50 | 8.00 | 27.60 | D |
| King and Spalding:1054.007 Baxter v. Misrud | Consulting (225) | Hourly Rate-regular | Proofing/editing | 4.00 | | | | | | | 4.00 | D |
| King and Spalding:1054.007 Baxter v. Misrud | Consulting OT (537.50) | Hourly Rate-regular | Proofing/editing OT | 1.00 | | | | | | | 1.00 | D |
| | | | **Totals** | 9.00 | 8.00 | 8.00 | 13.00 | 12.20 | 10.50 | 8.00 | 68.70 | |

Signature _____

**KEY:**

CONSULTING ACTIVITIES (Creative Professional Exemption)

ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)

Can be categorized as EITHER Consulting OR Administrative Activities

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Nov 8 to Nov 14, 2010

| Customer-Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | Comp time | | 5.00 | | 7.60 | 5.80 | | | 18.40 | N |
| | Administrative Activities | Hourly Rate-regular | General | 6.30 | 2.10 | 5.90 | | | | | 14.30 | N |
| | Administrative Activities | Hourly Rate-regular | IT -organizing email | 0.50 | | | | | | | 0.50 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | 0.40 | | | | | | | 0.40 | N |
| Donald Kane:1032.003 Richards Manufacturing v. Thomas | Marketing | Hourly Rate-regular | Research | 0.60 | | 2.00 | | 1.80 | | | 4.40 | N |
| Donald Kane:1032.003 Richards Manufacturing v. Thomas | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.30 | 0.10 | | 0.40 | | | 0.80 | D |
| Donald Kane:1032.007 Sobieski Destlamia | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.60 | | 0.40 | | | | 1.00 | D |
| Donald Kane:1032.007 Sobieski Destlamia | Consulting OT (337.50) | Hourly Rate-regular | Proofing/editing OT | | 3.90 | | 7.80 | | | | 11.70 | D |
| Donald Kane:1032.007 Sobieski Destlamia | Project Management (200) | Hourly Rate-regular | Reviewing prints from weekend work | 0.20 | | | | | | | 0.20 | D |
| | | | Totals | 8.00 | 11.90 | 8.00 | 15.80 | 8.00 | 0.00 | 0.00 | 51.70 | |

Signature _____

KEY:

- CONSULTING ACTIVITIES (Creative Professional Exemption)
- ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)
- Can be categorized as EITHER Consulting OR Administrative Activities

CONFIDENTIAL

VIS 00301

# Timesheet

Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Nov 15 to Nov 21, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 5.60 | 6.20 | 4.50 | 5.40 | 4.20 | | | 25.90 | N |
| | Administrative Activities | Hourly Rate-regular | IT issues | | 0.10 | | 0.40 | | | | 0.40 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | 0.40 | | | | | | | 0.50 | N |
| Donald Kane:1032.003 | Marketing | Hourly Rate-regular | Research | 2.00 | 0.50 | | 2.00 | 1.20 | | | 5.70 | N |
| Richards Manufacturing v. Thomas | Consulting (225) | Hourly Rate-regular | | | | 0.40 | 0.20 | | | | 0.60 | D |
| Gersten Savage LLP:1070.002 DuPont | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.30 | | | | | | 0.30 | D |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Non-billable background reading | | 0.90 | 3.10 | | 2.50 | | | 6.50 | N |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Proofing/editing | | | | | 0.10 | | | 0.10 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:**
- CONSULTING ACTIVITIES (Creative Professional Exemption)
- ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)
- Can be categorized as EITHER Consulting OR Administrative Activities

CONFIDENTIAL

VIS 00302

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Nov 22 to Nov 28, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 6.70 | 6.90 | 7.10 | | | | | 20.70 | N |
| | Holiday | Holiday | Thanksgiving | | | | 8.00 | 8.00 | | | 16.00 | N |
| | Marketing | Hourly Rate-regular | research | 0.50 | 0.60 | | | | | | 1.10 | N |
| Dewey & LeBoeuf LLP-8343.039 Omnicare | Consulting (225) | Hourly Rate-regular | Proofing/editing | 0.80 | | 0.90 | | | | | 1.70 | N |
| Donald Kane:1032.003 Rickards Manufacturing v. Thomas | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.20 | | | | | | 0.20 | D |
| Wildman, Harrold, Allen & Dixon LLP-1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Proofing/editing | 0.30 | 0.30 | | | | | | 0.30 | D |
| | Totals | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature

KEY:

CONSULTING ACTIVITIES (Creative Professional Exemption)

ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)

Can be categorized as EITHER Consulting OR Administrative Activities

CONFIDENTIAL

VIS 00303

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Nov 29 to Dec 5, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 6.00 | 6.00 | 4.30 | 5.90 | 4.90 | | | 27.10 | N |
| | Administrative Activities | Hourly Rate-regular | IT-archiving | | | | 0.50 | | | | 0.50 | N |
| | Administrative Activities | Hourly Rate-regular | Time Keeping | | | 0.50 | | | | | 0.50 | N |
| Dewey & LeBoeuf LLP:8343.039 Omnicare | Marketing | Hourly Rate-regular | research | 2.00 | 1.60 | | 0.50 | 1.00 | | | 5.10 | N |
| Dewey & LeBoeuf LLP:8343.039 Omnicare | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.20 | | | | | | 0.20 | N |
| Dewey & LeBoeuf LLP:8343.039 Omnicare | Consulting (225) | Hourly Rate-regular | Proofing/editing | | | | 0.40 | 1.10 | | | 1.50 | D |
| Kane:1032.003 Donald Richards Manufacturing v. Thomas | Consulting OT (337.50) | Hourly Rate-regular | Graphic revisions/proofing OT | | | | | | 12.00 | | 12.00 | D |
| Kane:1032.008 DeRea Donald | Consulting (225) | Hourly Rate-regular | Conf/phone calls | | | 0.90 | 0.20 | | | | 1.10 | B |
| Kane:1032.008 DeRea Donald | Consulting (225) | Hourly Rate-regular | Proofing/editing | | | 2.30 | 0.50 | 1.00 | | | 3.80 | B |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.20 | | | | | | 0.20 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 12.00 | 0.00 | 52.00 | |

Signature _____

KEY:
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00304

# Timesheet

Printed on: 08/11/2011

Name: Kedden, Adina R.

Dec 6 to Dec 12, 2010

| Customer.Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | Comp Day | 8.00 | | | | | | | 8.00 | N |
| | Administrative Activities | Hourly Rate-regular | General | | 6.70 | 5.90 | 5.80 | 6.60 | | | 25.00 | N |
| Dewey & LeBoeuf LLP:8343.039 Omnicare | Marketing | Hourly Rate-regular | research | | 0.70 | 1.00 | 1.20 | | | | 2.90 | N |
| | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.40 | 0.60 | | 0.10 | | | 1.10 | D |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Proofing/editing | | 0.20 | 0.50 | 1.00 | 1.30 | | | 3.00 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:**
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00305

# Timesheet

Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Dec 13 to Dec 19, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 5.10 | 5.40 | 4.40 | 5.80 | 6.70 | | | 27.40 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | | | | 0.70 | | | 0.70 | N |
| | Marketing | Hourly Rate-regular | research | 2.30 | 2.00 | 1.30 | 2.00 | 0.60 | | | 8.70 | N |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Proofreading/editing | 0.60 | 0.60 | 1.80 | 0.20 | | | | 3.20 | D |
| | | | **Totals** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____



**KEY:**

CONSULTING ACTIVITIES (Creative Professional Exemption)

ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)

Can be categorized as EITHER Consulting OR Administrative Activities

CONFIDENTIAL

VIS 00306

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Dec 20 to Dec 28, 2010

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 4.00 | 1.90 | 3.30 | 4.30 | | | | 13.50 | N |
| | Holiday | Holiday | Christmas holiday | | | | | 8.00 | | | 8.00 | N |
| | Marketing | Hourly Rate-regular | Research | | 0.60 | 1.10 | | | | | 1.70 | N |
| | Marketing | Hourly Rate-regular | Updating Christmas email list | 2.40 | 4.00 | | | | | | 6.40 | N |
| Wildman, Harold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf | Consulting (225) | Hourly Rate-regular | Conf call | 1.10 | | | | | | | 1.10 | D |
| Wildman, Harold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf | Consulting (225) | Hourly Rate-regular | Internal briefing | | 0.90 | | | | | | 0.90 | D |
| Wildman, Harold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf | Consulting (225) | Hourly Rate-regular | Proofing/revisions | 0.50 | 0.60 | 3.60 | 3.70 | | | | 8.40 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:**

- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00307

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Dec 27 to Jan 2, 2011

| Customer-Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | Blizzard - Work closed | 8.00 | | | | | | | 8.00 | N |
| | Administrative Activities | Hourly Rate-regular | General | | 5.70 | 6.80 | 4.20 | | | | 16.70 | N |
| | Holiday | Holiday | New Year holiday | | | | | 8.00 | | | 8.00 | N |
| | Marketing | Hourly Rate-regular | Research/emails | | 1.30 | 1.00 | | | | | 2.30 | N |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Proofing/revisions | | 1.00 | 0.20 | 3.80 | | | | 5.00 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

KEY:

CONSULTING ACTIVITIES (Creative Professional Exemption)

ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)

Can be categorized as EITHER Consulting OR Administrative Activities

CONFIDENTIAL

VIS 00308

# Timesheet

Printed on: 08/11/2011

Jan 3 to Jan 9, 2011

Name:  Kadden, Adina R.

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 5.40 | 6.40 | 6.10 | 5.50 | 2.00 | | | 25.40 | N |
| | Administrative Activities | Hourly Rate-regular | Snow (leave early) | | | | | 2.00 | | | 2.00 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | 0.30 | 0.10 | | | | | | 0.40 | N |
| | Marketing | Hourly Rate-regular | Research | 1.10 | 0.70 | 1.00 | 0.60 | | | | 3.40 | N |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (ZJZ) | Hourly Rate-regular | Proofing/revision | 1.20 | 0.80 | 0.90 | 1.90 | 4.00 | | | 8.80 | D |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | **Totals** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

KEY:
 CONSULTING ACTIVITIES (Creative Professional Exemption)
 ADMINISTRATIVE ACTIVITIES (Administrative Employee Exemption)
 Can be categorized as EITHER Consulting OR Administrative Activities

VIS 00309

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Jan 10 to Jan 16, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 0.80 | 3.20 | | 6.70 | 6.30 | | | 17.00 | N |
| | Administrative Activities | Hourly Rate-regular | Posting Freelancer ad/ searching headhunters | | | | | 1.40 | | | 1.40 | N |
| | Administrative Activities | Hourly Rate-regular | Show | | | 8.00 | | | | | 8.00 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | | | 0.20 | | | | 0.20 | N |
| Langley Weinstein Attorneys & Counselors:1073.001 AIC and Safeco Insurance Co. | Marketing | Hourly Rate-regular | Research | | | | 1.00 | | | | 1.00 | N |
| Langley Weinstein Attorneys & Counselors:1073.001 AIC and Safeco Insurance Co. | Production Admin OT (187.50) | Hourly Rate-regular | Design support | | | | | | 7.70 | | 7.70 | D |
| Langley Weinstein Attorneys & Counselors:1073.001 AIC and Safeco Insurance Co. | Production Admin OT (187.50) | Hourly Rate-regular | Designing support | | | | | | | 6.70 | 6.70 | D |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Proofing/revisions | 7.20 | 4.80 | | 0.10 | 0.30 | | | 12.40 | D |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting OT (337.50) | Hourly Rate-regular | Proofing/revisions | | 4.70 | | | | | | 4.70 | D |
| **Totals** | | | | 8.00 | 12.70 | 8.00 | 8.00 | 8.00 | 7.70 | 6.70 | 59.10 | |

Signature _____

KEY:
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00310

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Jan 17 to Jan 23, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bil* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 2.90 | 1.90 | 4.60 | 4.20 | 3.20 | | | 16.80 | N |
| | Administrative Activities | Hourly Rate-regular | Snow/ice storm | | 3.00 | | | 1.00 | | | 4.00 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | 0.50 | 0.20 | | | | | 0.70 | N |
| Langley Weinstein Attorneys & Counselors:1073.001 AIC and Safeco Insurance Co. | Consulting (225) | Hourly Rate-regular | Proofing/revisions | 5.10 | 1.40 | 2.30 | | 2.20 | | | 11.00 | D |
| Langley Weinstein Attorneys & Counselors:1073.001 AIC and Safeco Insurance Co. | Consulting OT (337.50) | Hourly Rate-regular | Proofing/revisions | | 0.50 | 3.50 | | 3.20 | 10.50 | 14.00 | 31.70 | D |
| Langley Weinstein Attorneys & Counselors:1073.001 AIC and Safeco Insurance Co. | Production Administration (125) | Hourly Rate-regular | Design support | | 1.20 | | | | | | 1.20 | D |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting (225) | Hourly Rate-regular | Proofing/revisions | | | 0.90 | 3.80 | 1.60 | | | 6.30 | D |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNH v. Kinze Manuf. | Consulting OT (337.50) | Hourly Rate-regular | Proofing/revisions | | | 1.00 | 1.20 | 3.50 | | | 5.50 | D |
| | | | **Totals** | 8.00 | 8.50 | 12.50 | 9.20 | 14.50 | 10.50 | 14.00 | 77.20 | |

Signature _____

KEY:
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00311

# Timesheet

Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Jan 24 to Jan 30, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | Comp day/snow day | | | | 8.00 | | | | 8.00 | N |
| | Administrative Activities | Hourly Rate-regular | General | | 6.60 | 4.90 | | 5.10 | | | 16.60 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | 0.40 | 0.10 | | | | | 0.50 | N |
| Langley Weinstein Attorneys & Counselors:1073.001 AIC and Safeco Insurance Co. | Consulting (225) | Hourly Rate-regular | Proofing/revisions | 7.10 | 1.00 | 3.00 | | | | | 11.10 | D |
| Langley Weinstein Attorneys & Counselors:1073.001 AIC and Safeco Insurance Co. | Consulting OT (337.50) | Hourly Rate-regular | Proofing/revisions | 7.70 | 7.40 | | | | | | 15.10 | D |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNB v. Kinzo Manuf. | Consulting (225) | Hourly Rate-regular | Proofing/revisions | | | | | 2.90 | | | 2.90 | D |
| Wildman, Harrold, Allen & Dixon LLP:1072.001 CNB v. Kinzo Manuf. | Consulting OT (337.50) | Hourly Rate-regular | Proofing/revisions OT | | | | | 5.20 | | | 5.20 | D |
| | | | **Totals** | 14.80 | 15.40 | 8.00 | 8.00 | 13.20 | 0.00 | 0.00 | 59.40 | |

Signature _____



**KEY:**

| | |
|---|---|
| | **CONSULTING ACTIVITIES** (Creative Professional Exemption) |
| | **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption) |
| | Can be categorized as **EITHER** Consulting **OR** Administrative Activities |

CONFIDENTIAL

VIS 00312

# Timesheet

Printed on: 08/11/2011

Jan 31 to Feb 6, 2011

Name: Kadden, Adina R.

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 8.00 | 4.70 | | 7.90 | 7.50 | | | 28.10 | N |
| | Administrative Activities | Hourly Rate-regular | Snow/Ice | | 3.00 | 8.00 | | | | | 11.00 | N |
| | Administrative Activities | Hourly Rate-regular | Timekeeping | | 0.30 | | | | | | 0.30 | N |
| Sellif Turner & Holland, P.C.:8150.040 Polland v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/revisions | | | | 0.10 | 0.50 | | | 0.60 | D |
| | | | **Totals** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____



KEY:

| | |
|---|---|
| ▇ (pink) | **CONSULTING ACTIVITIES** (Creative Professional Exemption) |
| ▇ (blue) | **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption) |
| ▇ | Can be categorized as **EITHER** Consulting **OR** Administrative Activities |

CONFIDENTIAL

VIS 00313

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Feb 7 to Feb 13, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 7.60 | 7.40 | 6.50 | 8.00 | 8.00 | | | 37.50 | N |
| Sedlift Turner & Holland, P.C.:8150.040 Pollard v. CSXT | Marketing | Hourly Rate-regular | Research | 0.40 | 0.60 | 1.00 | | | | | 1.00 | N |
| | Consulting (225) | Hourly Rate-regular | Proofing/revisions | | 0.60 | 0.50 | | | | | 1.50 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:** ▬ **CONSULTING ACTIVITIES** (Creative Professional Exemption)
▬ **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
▬ Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00314

# Timesheet

Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Feb 14 to Feb 20, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 8.00 | 7.20 | 8.00 | 7.40 | 7.40 | | | 38.00 | N |
| | Administrative Activities | Hourly Rate-regular | IT Issues | | 0.40 | | | | | | 0.40 | N |
| Sutliff Turner & Holland, P.C.:8150.040 Pollard v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/revisions | | 0.40 | | 0.60 | 0.60 | | | 1.60 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:**
**CONSULTING ACTIVITIES** (Creative Professional Exemption)
**ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
Can be categorized as **EITHER** Consulting **OR** Administrative Activities

**CONFIDENTIAL**

VIS 00315

# Timesheet

Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Feb 21 to Feb 27, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 7.80 | 8.00 | 8.00 | 7.30 | 7.30 | | | 38.40 | N |
| | Administrative Activities | Hourly Rate-regular | New Dechert case (1019.02) intake (non-billable) | | | | 2.00 | | | | 2.00 | N |
| Dechert LLP:1019.002 3Par | Consulting (225) | Hourly Rate-regular | Proofing/revisions | | | | | 0.70 | | | 0.70 | D |
| Dechert LLP:1019.002 3Par | Consulting (225) | Hourly Rate-regular | Write-up graphics | | | | 0.30 | | | | 0.30 | D |
| Seitff Turner & Holland, P.C.:8150.040 Pollard v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/revisions | 0.20 | | | | | | | 0.20 | D |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 9.60 | 8.00 | 0.00 | 0.00 | 41.60 | |

Signature _____

**KEY:**

| | **CONSULTING ACTIVITIES** (Creative Professional Exemption) |
|---|---|
| | **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption) |
| | Can be categorized as **EITHER** Consulting **OR** Administrative Activities |

VIS 00316

# Timesheet

Printed on: 08/11/2011

Name: Kadden, Adina R.

Feb 28 to Mar 6, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 7.20 | 6.80 | 6.80 | 5.40 | 8.00 | | | 34.20 | N |
| | Administrative Activities | Hourly Rate-regular | IT Issues | | | 1.20 | | | | | 1.20 | N |
| | Administrative Activities | Hourly Rate-regular | New case (from Joe Powers) find/download patent (non-bill) | 0.50 | | | | | | | 0.50 | N |
| | Administrative Activities | Hourly Rate-regular | New case from Joe Powers (settled) | | 0.80 | | | | | | 0.80 | N |
| | Administrative Activities | Hourly Rate-regular | Time keeping | | 0.20 | | | | | | 0.20 | N |
| Setliff Turner & Holland, P.C.:8150.040 Pollard v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/revisions | 0.30 | | | | | | | 0.30 | D |
| Setliff Turner & Holland, P.C.:8150.040 Pollard v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/revisions | | 0.20 | | | | | | 0.20 | D |
| Setliff Turner & Holland, P.C.:8150.040 Pollard v. CSXT | Consulting (225) | Hourly Rate-regular | Proofing/revisions, make PPTs, email client | | | | 2.60 | | | | 2.60 | D |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:**

- ▮ **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- ▮ **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- ▮ Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00317

# Timesheet

Printed on: 08/11/2011

Mar 7 to Mar 13, 2011

Name: Kaddan, Adina R.

| Customer.Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 8.00 | 8.00 | 8.00 | 6.50 | 7.40 | | | 37.90 | N |
| | Administrative Activities | Hourly Rate-regular | LegalPadi marketing | | | | 1.50 | 0.60 | | | 2.10 | N |
| | | | Totals | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:** 
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

VIS 00318

# Timesheet

Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Mar 14 to Mar 20, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | General | 7.70 | 5.00 | 8.00 | 8.00 | | | | 28.70 | N |
| | Administrative Activities | Hourly Rate-regular | Legal/Pads marketing | 0.30 | | | | | | | 0.30 | N |
| | Personal | Personal Hourly Rate | Personal time | | 3.00 | | | | | | 3.00 | N |
| | Vacation | Vacation Hourly Rate | | | | | | 8.00 | | | 8.00 | N |
| | | | **Totals** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:**
- **CONSULTING ACTIVITIES** (Creative Professional Exemption)
- **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)
- Can be categorized as **EITHER** Consulting **OR** Administrative Activities

CONFIDENTIAL

VIS 00319

# Timesheet

Printed on: 08/11/2011

**Name:** Kadden, Adina R.

Mar 21 to Mar 27, 2011

| Customer:Job | Service Item | Payroll Item | Notes | M. | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Activities | Hourly Rate-regular | | 7.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 39.00 | N |
| | Administrative Activities | Hourly Rate-regular | General | 1.00 | | | | | | | 1.00 | N |
| **Totals** | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |

Signature _____

**KEY:**

■ **CONSULTING ACTIVITIES** (Creative Professional Exemption)

■ **ADMINISTRATIVE ACTIVITIES** (Administrative Employee Exemption)

■ Can be categorized as **EITHER** Consulting **OR** Administrative Activities

VIS 00320