**MARK D. RISK**
60 East 42nd Street, Suite 4700
New York, NY 10165
(212)682-4100
mdr@mrisklaw.com
www.markrisk.com

## Education

**Swarthmore College**, Swarthmore, Pa. B.A., 1978.

**University of Chicago**, Chicago, Ill. M.A. (political science) 1981.

**New York University Law School**, New York, N.Y. J.D. 1984. Arthur Garfield Hays Civil Liberties Fellowship.

## Legal Practice

**Mark Risk, P.C.**, New York, N.Y. 2005 -- . Employment law and litigation practice, including employment discrimination, restrictive covenant, contract, wage and hour, employee benefits. Practice in federal and state courts, EEOC, mediation and arbitration.

Prior experience: Robinson Silverman et al. New York, N.Y., 1985-95(Associate, litigation, labor law, employment law); Schwartz & Perry, 1995-1997 (of counsel, plaintiff's employment practice); D'Agostino, Levine & Landesman, 1997-2004 (counsel, later partner, employment law and litigation); Filippatos Risk, LLP, 2004-05 (partner, employment law and litigation).

Admitted in New York State, Southern and Eastern Districts of New York, U.S. Courts of Appeal in Second, Third and Fourth Circuits.

AV Rated, Martindale Hubbell Peer Review Ratings; New York Super Lawyers, Labor and Employment Law (2007 --); Best Lawyers, New York, Employment Law (2011 --)

## Professional Activities

**Editor**, *Labor and Employment Law* Newsletter, ABA Section of Labor and Employment Law, 2002 – . Also have authored many articles for this publication.

**Faculty**, National Institute for Trial Advocacy, in house and public advocacy programs, including law firms and government agencies.

**Fellow**, College of Labor and Employment Lawyers. 2008 -- .

**Advisory Board**, NYU Law Center for Labor and Employment Law, 2008 -

**Subcommittee Chair**, Committee on Employment Rights and Responsibilities, ABA Labor and Employment Section

**Executive Committtee**, New York State Bar Association, Labor and Employment Section (2009- )

**Committee Chair**, CLE Conference Planning Committee, National Employment Lawyers Association/New York

**Fellow**, American Bar Foundation

**Adjunct Faculty** service at Hofstra University Law School and New York Law School. (Teaching in litigation skills programs.)


## Selected Recent Writing and Speaking

Moderator, "Steps to an Effective Opening", ABA Section of Labor and Employment Law Annual Conference, Atlanta, Georgia. November 2012.

Panelist, "Social Media: Emerging Issues for Employment Lawyers", paper and presentation at American Bar Association Annual Meeting, Chicago. August 2012.

Panelist, "Restatement of Employment Law: the Privacy Chapter," Workshop on Employment Law for Federal Judges, co-sponsored by Federal Judicial Center, Opperman Institute for Judicial Administration, and NYU Law School Center for Labor and Employment Law. March 2012.

Panelist, "Social Media: Emerging Issues for Employment Lawyers", paper and presentation at ABA Section of Labor and Employment Law Annual Conference, Seattle, Washington. November 2011.

Panelist, "*With Friends Like These*: Lawyers, Witnesses and the Social Media", paper and presentation at ABA Labor and Employment Section, Committee on Employment Rights and Responsibilities. San Juan, Puerto Rico. March 2011. (also presented at ABA Annual Meeting, Presidential Showcase Panel, San Francisco. August 2010).

Panelist, "Claims Against Employees" Workshop on Employment Law for Federal Judges, co-sponsored by Federal Judicial Center, Opperman Institute for Judicial Administration, and NYU Law School Center for Labor and Employment Law (March 2011).