UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adina Kadden

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11 Civ. 4892 (SAS) ( )

- against -

VisuaLex, LLC

**NOTICE OF APPEAL
IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that VisuaLex, LLC
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

finding Plaintiff, a Litigation Graphics Consultant, to be a non-exempt employee under the Fair Labor Standards
*(describe the judgment)*

Act and the New York State Labor Law, and granting Plaintiff an award of $168,240.37 & post-judgment interest

entered in this action on the 12th day of December, 2012.
*(date)* *(month)* *(year)*

Traycee Ellen Klein, Esq.
*Signature*

250 Park Avenue
*Address*

New York, New York 10177
*City, State & Zip Code*

DATED: January 7, 2013    (212) 351 - 4812
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*