UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADINA KADDEN,

    Plaintiff,

-against-

VISUALEX, LLC,

    Defendant.

Case # 11 CV 4892 (SAS)

**NOTICE OF CROSS APPEAL**

Notice is hereby given that, under Rule 4(a)(3) of the Federal Rules of Appellate Procedure, Plaintiff Adina Kadden hereby cross - appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on December 12, 2012 based on orders dated September 24, 29012, October 22, 2012, and December 6, 2012 which, among other things, awarded to Plaintiff certain overtime wages, interest, attorney fees and costs under the Fair Labor Standards Act and New York Labor Law, and denied her liquidated damages under the FLSA.

Dated: New York, New York
       January 17, 2013

MARK RISK, P.C.

By: _____
    Mark D. Risk

*Counsel for Plaintiff*
60 East 42nd Street, Suite 4700
New York, New York 10165
(212) 682-4100